# UNITED STATES DISTRICT COURT

## Southern District Of Nevada

| | |
|---|---|
| Mathew E. Orso, | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| Plaintiff (s), | 2:23-cv-1602-RFB-VCF |
| v. | Case Number: ~~2:21-ms-00107~~ |
| Nicholas Capra, | |
| Defendant (s). | |

Notice is hereby given that, subject to approval by the court, assignee NATIONWIDE JUDGMENT RECOVERY AS ASSIGNEE OF MATHEW ORSO, AS SUCCESSOR RECEIVER TO KENNETH D. BELL, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR REX VENTURE GROUP, LLC, substitutes WHITNEY C. WILCHER, ESQ. and LIPPMAN RECUPERO, PLLC, State Bar No. 7212, as counsel of record in place of CALEB LANGSDALE, ESQ.

Contact information for new counsel is as follows:

Whitney C. Wilcher, Esq., NV Bar No. 7212, Lippman Recupero, PLLC

400 South 4th Street, Suite 500, Las Vegas, NV 89101

I consent to the above substitution.

Date: 9/8/23

_Daniel Goldberg_
NATIONWIDE JUDGMENT RECOVERY

I consent to being substituted.

Date: 9/7/23

Caleb Langsdale, Esq.

I consent to the above substitution.

Date: 9-7-2023

Whitney C. Wilcher, Esq.

**ORDER**

IT IS SO ORDERED.

_Cam Ferenbach_
Cam Ferenbach
United States Magistrate Judge
10-26-2023
DATED _____